UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAREEM NELSON

                Plaintiff,                CASE NO.: 1:18-cv-8868 (LAP)

v.                                    **STIPULATION OF DISMISSAL**
                                          **WITH PREJUDICE**

KOROPI CORPORATION and
RKC CONSULTING LLC d/b/a REX,

                Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kareem Nelson ("Plaintiff") and Defendants RKC CONSULTING LLC d/b/a REX, and KOROPI CORPORATION, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

60397v1

Dated: May___, 2019
       New York, NY

**BASHIAN & PAPANTONIOU, P.C.**

By: _/s/ Erik M. Bashian_

Erik M. Bashian, Esq.
*Attorneys for Plaintiff*
500 Old Country Road, Suite 302
Garden City, NY 11530
(516) 279-1555
Email: eb@bashpaplaw.com

**RUBIN PATERNITI GONZALEZ KAUFMAN LLP**

By: _/s/ Juan C. Gonzalez_

Juan C. Gonzalez, Esq.
*Attorneys for Defendant Koropi Corporation*
555 Fifth Ave, Suite 600
New York, NY 10017
Tel: (646) 893-2386
Email: gonzalez@rpgklaw.com

**EPSTEIN BECKER GREEN**

By: _/s/ Raymond T. Mak_

Raymond T. Mak, Esq.
*Attorneys for Defendant RKC Consulting LLC*
250 Park Avenue
New York, NY 10177
Tel: (212) 351-4500
Email: RMak@ebglaw.com

**SO ORDERED:**

_____
Hon.
_____, 2019
New York, New York

60397v1